# EXHIBIT 1

# EXHIBIT 1

| | | | |
|---|---|---|---|
| **Instrument #** | 20100511100078250 | | |
| **Date Issued/Filed** | 5/11/2010 | **Time Issued/Filed** | 3:32:10 PM |
| **Document Type** | FFN | **Remarks** | |
| **Document Desc** | FFN CERTIFICATE | | |
| **Status** | N | **Pages** | 1 |
| | | **File/ID#** | |
| **Business Mailing Address** | 10120 W. FLAMINGO ROAD, #4-10 LAS VEGAS NV 89147 | | |

Business Name

| Seq | Firm | Name |
|-----|------|------|
| 1 | Y | SIMPLY VEGAS REAL ESTATE |

Owner Name

| Seq | Firm | Name |
|-----|------|------|
| 1 | Y | SVRE, LLC |

Referenced By

Referenced To

# EXHIBIT 2

# EXHIBIT 2

# SVRE, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 4/27/2010 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0197992010-9 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2011 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20101310863 | Business License Exp: | 4/30/2011 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | ROLAND S ERICSSON | Address 1: | 44 WILLOW WISP TERRACE |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

## Officers

☑ Include Inactive Officers

**Managing Member - GAVIN M ERNSTONE**

| | | | |
|---|---|---|---|
| Address 1: | 10120 W. FLAMINGO RD | Address 2: | STE 4-10 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89147 | Country: | |
| Status: | Active | Email: | |

**Managing Member - JOSEPH HERRERA**

| | | | |
|---|---|---|---|
| Address 1: | 10120 W FLAMINGO RD | Address 2: | STE 4-10 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89147 | Country: | |
| Status: | Active | Email: | |

**Managing Member - TAYLOR PRINCE**

| | | | |
|---|---|---|---|
| Address 1: | 10120 W FLAMINGO RD | Address 2: | STE 4-10 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89147 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20100281597-75 | # of Pages: | 2 |
| File Date: | 4/27/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20100366632-19 | # of Pages: | 1 |
| File Date: | 5/25/2010 | Effective Date: | |
| (No notes for this action) | | | |

# EXHIBIT 3

# EXHIBIT 3



May 21, 2010
Copyright © Las Vegas Review-Journal

## Survey: Attitudes toward foreclosures changing

Hubble Smith LAS VEGAS REVIEW-JOURNAL

By HUBBLE SMITH

LAS VEGAS REVIEW-JOURNAL

**Attitudes** toward foreclosures are changing as **buyers** become more realistic about price discounts and more reluctant to purchase foreclosed properties than they were a year ago, a quarterly survey from two real estate websites showed.

Forty-five percent of U.S. adults said they are at least "somewhat likely" to consider purchasing a foreclosed home in the future, compared with 55 percent in May 2009, according to the online survey from San Francisco-based Trulia.com and Irvine, Calif.-based RealtyTrac.

Only 1 percent of homeowners with a mortgage say walking away from their homes would be their first choice if they were unable to pay their mortgages.

If they were "underwater," or their home values declined below the principal balance, 41 percent would at least consider walking away, while 59 percent would not consider walking away, no matter what, Trulia co-founder and Chief Executive Officer Pete Flint said Thursday.

For every borrower who avoided foreclosure through the $75 billion Home Affordable Mortgage Program, 10 otherfamilies lost their homes, he said.

"It now seems clear that government programs will not reach the overwhelming majority of homeowners in trouble," Flint said. "Combined with decreased consumer interest around purchasing a foreclosure, it may take even longer than anticipated to see true health return to the real estate market."

It's inevitable that any run-up in housing activity from the government's homebuyer tax credit will subside in the coming months, RealtyTrac Senior Vice President Rick Sharga said.

The mortgage delinquency rate increased to a seasonally adjusted rate of 10.06 percent in the first quarter, an increase of 59 basis points from the fourth quarter and up 94 basis points from one year ago, according to the Mortgage Bankers Association.

Foreclosure filings are up 16 percent for the year, RealtyTrac reported.

"It's a slow road to recovery," Sharga said. "The cycle is not over. New delinquencies are starting to slow down. That's the first positive sign in the housing market in a few years. Tempering that optimism is the enormous backlog of delinquent loans, somewhere between 5 million and 5.5 million in serious delinquency."

Lenders are slowing down the foreclosure process, keeping delinquent loans for a longer period of time and creating a backlog of so-called "shadow inventory" that has yet to hit the market, he said. Banks will replenish the supply of real estate-owned homes in a very calculated manner, Sharga said during a conference call.

Sharga said places such as Las Vegas, Phoenix, and parts of California and Florida will take longer to recover because they were the hardest-hit regions. Las Vegas leads the nation with one foreclosure filing for every 63 households and Phoenix jumped from 23rd to seventh in foreclosures in the last year, he said.

Although mortgage delinquencies rose, Sharga said he's getting "mixed signals" from the Mortgage Bankers Association.

"I had to read the report three times," he said. "I don't believe that we're seeing an increase in new delinquencies, but more loans are seriously delinquent."

The foreclosure expert said he expects to see a gradual dispensation of bank-owned homes, not the "flood" that some reports have predicted.

"We'll see them released as they're eaten up. I really don't believe we'll see the balloon burst with hundreds of thousands of homes dumped on the market, but you'll see levels rise until 2013," Sharga said.

The survey found that 18 percent of adults expect bank-owned homes to offer a realistic price discount of less than 25 percent off the value of a similar home not in foreclosure. However, not all consumers have realistic expectations, with 36 percent saying that they expect to receive a discount of 50 percent or more when purchasing a bank-owned property.

The survey also found lower levels of negative sentiment toward buying foreclosed homes with 78 percent believing there are downsides to those purchases, compared with 85 percent a year ago. They worry about hidden costs, the risky process and further decline in value.

Eli Tene, founder of Peak Corporate Network in Hermosa Beach, Calif., said the government needs to give more incentives to **buyers** and implement strategies to quicken the short-sale process, or homes sold for less than the mortgage owed.

Banks play a significant role in the housing market's recovery, he said.

"The banks don't create fast-enough systems with short sales and quality loan modifications," Tene said. "They need to find a way to streamline the process. This is causing big issues with second mortgages and the home facing a short sale."

Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

# EXHIBIT 4

# EXHIBIT 4

REOs make up 16.6 percent of the inventory, or 1,531 units, while short sale listings are 44.5 percent of the inventory, or 4,096 units.

Contact reporter Hubble Smith

Article Has 0 Comments | Write a Comment

## People are looking down on purchasing foreclosures in Summerlin and other areas? Thats news to me! Or is it.

Posted by Joe Taylor Group | on Friday, May 21st, 2010 at 6:06 pm
Category: Foreclosures.
Tags: foreclosed homes for sale in Summerlin, Foreclosed properties in Summerlin, Foreclosure in the NW, Free List of Foreclosed properties., las vegas foreclosed properties, Pre-listed foreclosures in Summerlin, Rental homes in Summerlin, Short Sale, Short Sales in Las Vegas

To be honest I don't think there is too much truth to it. People are going crazy to purchase foreclosures. Tell me what you think.

### Buyers' attitudes about foreclosures changing

By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL



- Housing in Southern Nevada



A real estate sign is shown Thursday at a Summerlin home. HomeSteps is a real estate unit of Freddie Mac for marketing a selection of Freddie Mac-owned homes.
K.M. Cannon/LAS VEGAS REVIEW-JOURNAL

Attitudes toward foreclosures are changing as buyers become more realistic about price discounts and more reluctant to purchase foreclosed properties than they were a year ago, a quarterly survey from two real estate websites showed.

Forty-five percent of U.S. adults said they are at least "somewhat likely" to consider purchasing a foreclosed home in the future, compared with 55 percent in May 2009, according to the online survey from San Francisco-based Trulia.com and Irvine, Calif.-based RealtyTrac.

421/B3772334;abr=!
572421/D=ncbz/S=2022775705:LREC/Y=PARTNER_US/L=f68e9536-652c-11df-9e6c-
63/A=1750878654526697465/R=2/X=2/*;ord=1274482963403574?"&amp;gt;

z/S=2022775705:LREC/Y=PARTNER_US/L=f68e9536-652c-11df-9e6c-

)/X=2/SIG=13kgvkaol/*http://ad.doubleclick.net/jump/N5664.311.0629691996421/B3772334;abr=!
net/ad/N5664.311.0629691996421/B3772334;abr=!ie4;abr=!
'&amp;gt;&amp;lt;/A&amp;gt; &amp;lt;/NOSCRIPT&amp;gt;

Only 1 percent of homeowners with a mortgage say walking away from their homes would be their first choice if they were unable to pay their mortgages.

If they were "underwater," or their home values declined below the principal balance, 41 percent would at least consider walking away, while 59 percent would not consider walking away, no matter what, Trulia co-founder and Chief Executive Officer Pete Flint said Thursday.

For every borrower who avoided foreclosure through the $75 billion Home Affordable Mortgage Program, 10 otherfamilies lost their homes, he said.

"It now seems clear that government programs will not reach the overwhelming majority of homeowners in trouble," Flint said. "Combined with decreased consumer interest around purchasing a foreclosure, it may take even longer than anticipated to see true health return to the real estate market."

It's inevitable that any run-up in housing activity from the government's homebuyer tax credit will subside in the coming months, RealtyTrac Senior Vice President Rick Sharga said.

The mortgage delinquency rate increased to a seasonally adjusted rate of 10.06 percent in the first quarter, an increase of 59 basis points from the fourth quarter and up 94 basis points from one year ago, according to the Mortgage Bankers Association.

Foreclosure filings are up 16 percent for the year, RealtyTrac reported.

"It's a slow road to recovery," Sharga said. "The cycle is not over. New delinquencies are starting to slow down. That's the first positive sign in the housing market in a few years. Tempering that optimism is the enormous backlog of delinquent loans, somewhere between 5 million and 5.5 million in serious delinquency."

Lenders are slowing down the foreclosure process, keeping delinquent loans for a longer period of time and creating a backlog of so-called "shadow inventory" that has yet to hit the market, he said. Banks will replenish the supply of real estate-owned homes in a very calculated manner, Sharga said during a conference call.

Sharga said places such as Las Vegas, Phoenix, and parts of California and Florida will take longer to recover because they were the hardest-hit regions. Las Vegas leads the nation with one foreclosure filing for every 63 households and Phoenix jumped from 23rd to seventh in foreclosures in the last year, he said.

Although mortgage delinquencies rose, Sharga said he's getting "mixed signals" from the Mortgage Bankers Association.

"I had to read the report three times," he said. "I don't believe that we're seeing an increase in new delinquencies, but more loans are seriously delinquent."

The foreclosure expert said he expects to see a gradual dispensation of bank-owned homes, not the "flood" that some reports have predicted.

"We'll see them released as they're eaten up. I really don't believe we'll see the balloon burst with hundreds of thousands of homes dumped on the market, but you'll see levels rise until 2013," Sharga said.

The survey found that 18 percent of adults expect bank-owned homes to offer a realistic price discount of less than 25 percent off the value of a similar home not in foreclosure. However, not all consumers have realistic expectations, with 36 percent saying that they expect to receive a discount of 50 percent or more when purchasing a bank-owned property.

The survey also found lower levels of negative sentiment toward buying foreclosed homes with 78 percent believing there are downsides to those purchases, compared with 85 percent a year ago. They worry about hidden costs, the risky process and further decline in value.

Eli Tene, founder of Peak Corporate Network in Hermosa Beach, Calif., said the government needs to give more incentives to buyers and implement strategies to quicken the short-sale process, or homes sold for less than the mortgage owed.

Banks play a significant role in the housing market's recovery, he said.

"The banks don't create fast-enough systems with short sales and quality loan modifications," Tene said. "They need to find a way to streamline the process. This is causing big issues with second mortgages and the home facing a short sale."

Contact reporter Hubble Smith

Article Has 0 Comments | Write a Comment

# EXHIBIT 5

# EXHIBIT 5

**Study shows prices down slightly from year ago**



By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL

Home sales in Las Vegas increased in April while median prices fell by single-digit percentages and appear to have stabilized at the lower end of the market, Home Builders Research reported Monday.

Existing-home sales rose to 3,724 during the month, up 2 percent from a year ago. For the first four months of the year, resales increased 15.3 percent to 13,846 closings.

Prices have not changed much in the past year, Home Builders Research President Dennis Smith said. The median resale price fell to $128,000 in April, down $2,000, or 1.6 percent, from a year ago.

New-home sales showed a healthy jump to 471 closings in April, compared with 343 a year ago, including 61 high-rise closings at CityCenter. For the year, new-home sales are up 1 percent at 1,510.

The median new-home price fell 5.9 percent to $203,085, down $12,565 from a year ago.

"I can almost guarantee that new-home prices will go up because right now materials have gone up and the cost to build has gone up," Smith said. "Plus the price of a finished lot has increased to $40,000 to $45,000, whereas six months ago that number was $30,000 to $35,000. That's just because there's fewer of them."

Smith said he expects a "doozy of a month" in June. That's when homes purchased by the April 30 deadline for the federal homebuyer tax credit must close escrow.

"We hope the lenders and processors are ready for the rush to close," he said. "You just know there will be last-minute issues that will keep many awake at night."

Las Vegas-based SalesTraq housing research firm showed 480 new-home sales in April, a 44.1 percent increase from a year ago. The median price fell 5.4 percent to $204,313.

Existing-home closings rose 3.6 percent to 4,323, and the median price crept up 0.9 percent to $126,000, the highest level in more than a year.

The increases may amount to small numbers, but the upward trend continues, real estate consultant Steve Bottfeld of Marketing Solutions said.

"Nearly every pundit has told the world that the Las Vegas real estate market is dead, or if not dead, is on life support," Bottfeld said. "April figures suggest that Las Vegas may not be out of the sick bay, but will probably recover more quickly than people think."

One reversal of a positive trend is the 2,146 repossessed homes, or foreclosures, in April, a 91 percent increase from a year ago. That followed decreases of 57 percent, 58 percent and 25 percent for the first three months of the year.

SalesTraq reported 969 short sales, or sales for less than the principal mortgage balance, at a median price of $122,000; 335 auction sales at a median of $93,000; 1,636 bank-owned, sales at $125,000; and 1,383 regular transactions at $135,000.

Smith didn't find much to get excited about in April's market report except for new-home building permits. He counted 481 permits in April, bringing the year-to-date total to 2,065, up 130 percent from a year ago.

"Subcontractors have been waiting for that," he said. "The important thing to me is there's work out there for subcontractors. Building these new homes translates to people working, not only in the actual construction of the homes, but also the suppliers of all the materials, the loan processing, the title company work.

"I'm not concerned about excess inventory out there for new homes. It'll go up over this period of transition for closings (from the tax credit). There will be some cancellations, some loan rejections, so there's always going to be some standing inventory, but the builders will put out discounts and those houses will be gone in a month or two."

The National Association of Home Builders-Wells Fargo Housing Market Index for May showed builder confidence for new single-family homes at its highest level in more than two years.

Lenders are filing about 100,000 notices of default each day nationwide, but not all of those homes will come to the market as foreclosures, said Rick Sharga, senior vice president of Irvine, Calif.-based RealtyTrac foreclosure listing service. Banks will react to market conditions, he said.

"If buying slows down, it's less likely that banks will release these homes," he said. "We might actually see banks slow things down more than they already have if sales dip after the government incentives expire."

The government's Home Affordable Foreclosure Alternative program implemented April 5 was supposed to streamline the short-sale process and provide financial incentives for borrowers and lenders to work together to avoid foreclosure.

That hasn't happened yet, Smith said.

"Most of the Realtors I've talked to said nothing's changed," he said. "Short sales are still dragging. I'm still being told they won't touch them. We've got to give the programs more time to see how they play out."

David Brownell of Keller Williams Realty in Las Vegas reported 1,563 real estate-owned closings, or 43.6 percent of 3,585 total home sales in April. Short sales accounted for 968 closings, or 27 percent of the total.

REOs make up 16.6 percent of the inventory, or 1,531 units, while short sale listings are 44.5 percent of the inventory, or 4,096 units.

Contact reporter Hubble Smith

Article Has 0 Comments | Write a Comment

## People are looking down on purchasing foreclosures in Summerlin and other areas? Thats news to me! Or is it.

Posted by Joe Taylor Group | on Friday, May 21st, 2010 at 6:06 pm
Category: Foreclosures.
Tags: foreclosed homes for sale in Summerlin, Foreclosed properties in Summerlin, Foreclosure in the NW, Free List of Foreclosed properties., las vegas foreclosed properties, Pre-listed foreclosures in Summerlin, Rental homes in Summerlin, Short Sale, Short Sales in Las Vegas

To be honest I don't think there is too much truth to it. People are going crazy to purchase foreclosures. Tell me what you think.

### Buyers' attitudes about foreclosures changing

By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL



- Housing in Southern Nevada



A real estate sign is shown Thursday at a Summerlin home. HomeSteps is a real estate unit of Freddie Mac for marketing a selection of Freddie Mac-owned homes.
K.M. Cannon/LAS VEGAS REVIEW-JOURNAL

Attitudes toward foreclosures are changing as buyers become more realistic about price discounts and more reluctant to purchase foreclosed properties than they were a year ago, a quarterly survey from two real estate websites showed.

Forty-five percent of U.S. adults said they are at least "somewhat likely" to consider purchasing a foreclosed home in the future, compared with 55 percent in May 2009, according to the online survey from San Francisco-based Trulia.com and Irvine, Calif.-based RealtyTrac.

421/B3772334;abr=!
572421/D=ncbz/S=2022775705:LREC/Y=PARTNER_US/L=f68e9536-652c-11df-9e6c-
63/A=1750878654526697465/R=2/X=2/*;ord=1274482963403574?"&amp;gt;

z/S=2022775705:LREC/Y=PARTNER_US/L=f68e9536-652c-11df-9e6c-

)/X=2/SIG=13kgvkaol/*http://ad.doubleclick.net/jump/N5664.311.0629691996421/B3772334;abr=!
net/ad/N5664.311.0629691996421/B3772334;abr=!ie4;abr=!
'&amp;gt;&amp;lt;/A&amp;gt; &amp;lt;/NOSCRIPT&amp;gt;

ADVERTISEMENT

Only 1 percent of homeowners with a mortgage say walking away from their homes would be their first choice if they were unable to pay their mortgages.

If they were "underwater," or their home values declined below the principal balance, 41 percent would at least consider walking away, while 59 percent would not consider walking away, no matter what, Trulia co-founder and Chief Executive Officer Pete Flint said Thursday.

For every borrower who avoided foreclosure through the $75 billion Home Affordable Mortgage Program, 10 otherfamilies lost their homes, he said.

"It now seems clear that government programs will not reach the overwhelming majority of homeowners in trouble," Flint said. "Combined with decreased consumer interest around purchasing a foreclosure, it may take even longer than anticipated to see true health return to the real estate market."

It's inevitable that any run-up in housing activity from the government's homebuyer tax credit will subside in the coming months, RealtyTrac Senior Vice President Rick Sharga said.

The mortgage delinquency rate increased to a seasonally adjusted rate of 10.06 percent in the first quarter, an increase of 59 basis points from the fourth quarter and up 94 basis points from one year ago, according to the Mortgage Bankers Association.

Foreclosure filings are up 16 percent for the year, RealtyTrac reported.

"It's a slow road to recovery," Sharga said. "The cycle is not over. New delinquencies are starting to slow down. That's the first positive sign in the housing market in a few years. Tempering that optimism is the enormous backlog of delinquent loans, somewhere between 5 million and 5.5 million in serious delinquency."

Lenders are slowing down the foreclosure process, keeping delinquent loans for a longer period of time and creating a backlog of so-called "shadow inventory" that has yet to hit the market, he said. Banks will replenish the supply of real estate-owned homes in a very calculated manner, Sharga said during a conference call.

Sharga said places such as Las Vegas, Phoenix, and parts of California and Florida will take longer to recover because they were the hardest-hit regions. Las Vegas leads the nation with one foreclosure filing for every 63 households and Phoenix jumped from 23rd to seventh in foreclosures in the last year, he said.

Although mortgage delinquencies rose, Sharga said he's getting "mixed signals" from the Mortgage Bankers Association.

"I had to read the report three times," he said. "I don't believe that we're seeing an increase in new delinquencies, but more loans are seriously delinquent."

The foreclosure expert said he expects to see a gradual dispensation of bank-owned homes, not the "flood" that some reports have predicted.

"We'll see them released as they're eaten up. I really don't believe we'll see the balloon burst with hundreds of thousands of homes dumped on the market, but you'll see levels rise until 2013," Sharga said.

The survey found that 18 percent of adults expect bank-owned homes to offer a realistic price discount of less than 25 percent off the value of a similar home not in foreclosure. However, not all consumers have realistic expectations, with 36 percent saying that they expect to receive a discount of 50 percent or more when purchasing a bank-owned property.

The survey also found lower levels of negative sentiment toward buying foreclosed homes with 78 percent believing there are downsides to those purchases, compared with 85 percent a year ago. They worry about hidden costs, the risky process and further decline in value.

Eli Tene, founder of Peak Corporate Network in Hermosa Beach, Calif., said the government needs to give more incentives to buyers and implement strategies to quicken the short-sale process, or homes sold for less than the mortgage owed.

Banks play a significant role in the housing market's recovery, he said.

"The banks don't create fast-enough systems with short sales and quality loan modifications," Tene said. "They need to find a way to streamline the process. This is causing big issues with second mortgages and the home facing a short sale."

Contact reporter Hubble Smith

Article Has 0 Comments | Write a Comment

# EXHIBIT 6

# EXHIBIT 6

**Direct: 702-227-7376**

Email Me

» About Me » Visit My Website

**I am an expert in:**

- - Las Vegas Real Estate

**Company Info**

- Las Vegas
Las Vegas, NV

**Real Estate Tools**

SCHOOLS

COMMUNITIES

CALCULATORS

« Summerlin Foreclosures: REO properties drop while Short Sales increase.

### Summerlin Foreclosure report: Military Moves made easy by the federal Government.

**Bill aims to help military homeowners**

By STEVE TETREAULT
STEPHENS WASHINGTON BUREAU

WASHINGTON — The Pentagon would have more flexibility to assist military families in bad housing markets under legislation passed Friday that lawmakers said could help airmen stationed at Nellis and Creech Air Force bases.

A defense policy bill that passed in the House contained an amendment targeted to servicemembers who are transferred and forced to sell their homes in a down market.

The economic stimulus bill that passed in February 2009 authorized the Defense Department to subsidize servicemembers who receive "must move" orders during the mortgage crisis. To qualify for a subsidy, a home must have been purchased before July 1, 2006.

The problem, said Rep. Dina Titus, D-Nev., is that the housing crisis did not hit Southern Nevada and other parts of the country in force until after that date. Homes bought by some Nellis and Creech personnel before the Las Vegas housing bubble burst may not qualify.

Norbert Ryan, president of the Military Officers Association of America, added that summertime is when normal change of station rotations take place. Setting the eligibility at July 1, in the midst of the moving season, seemed arbitrary.

The amendment would give the Secretary of Defense the flexibility to change the qualifications in parts of the country where housing prices trended behind the national average.

The amendment was sponsored by Titus, Rep. Dean Heller, R-Nev., and Rep. Jim Costa, D-Calif.

The change "will help servicemembers break even (or at least help reduce loss) on the sale of their homes," said John McCauslin, chief executive officer of the Air Force Sergeants Association.

Tags: foreclosed homes for sale in Summerlin, Foreclosed properties in Summerlin, Foreclosure in the NW, Free List of Foreclosed properties., las vegas foreclosed properties, Pre-listed foreclosures in Summerlin, Rental homes in Summerlin, Short Sale, Short Sales in Las Vegas

Posted on Thursday, June 3rd, 2010 at 1:34 pm and is filed under Foreclosures. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

 

Type the two words:

# EXHIBIT 7

# EXHIBIT 7

```
Type of Work:        Text

Registration Number / Date:
                     TX0007159682 / 2010-06-21

Application Title: Attitudes toward foreclosure changing.

Title:               Attitudes toward foreclosure changing.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-05-21

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
==============================================================================
```