J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-01102-JCM-PAL |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| OMNIA ALLIANCE, LLC, a Utah limited-liability company; SVRE, LLC, a Nevada limited-liability company d/b/a Simply Vegas Real Estate; GAVIN M. ERNSTONE, an individual; and JOE HERRERA, an individual, | |
| Defendants. | |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Tuesday, July 6, 2010 for copyright infringement against Omnia Alliance, LLC ("Omnia"), SVRE, LLC doing business as Simply Vegas Real Estate ("SVRE"), Gavin M. Ernstone ("Mr. Ernstone"), and Joe Herrera ("Mr. Herrera). Righthaven, Omnia, SVRE, Mr. Ernstone and Mr. Herrera have agreed to settle the matter by a written agreement.

1

Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this twenty-eighth day of September, 2010.

                                  RIGHTHAVEN LLC

                                  By: /s/ J. Charles Coons
                                  J. CHARLES COONS, ESQ.
                                  Nevada Bar No. 10553
                                  9960 West Cheyenne Avenue, Suite 210
                                  Las Vegas, Nevada 89129-7701
                                  Attorneys for Plaintiff